995 A.2d 874

**COMMONWEALTH ex rel. Reginald BYRD, Petitioner**

v.

**COURT OF COMMON PLEAS, Philadelphia County, Respondent.**

**No. 8 EM 2010.**

Supreme Court of Pennsylvania.

June 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of June, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**